PEOPLE v PARKER. (Docket No. 58439.) Request for appointment of counsel denied. Anthony Parker, *in propria persona,* appellant. Case below, Court of Appeals No. 25511, per curiam opinion of April 8, 1976.

PEOPLE v MORGAN CLARK. (Docket No. 58788.) Request for appointment of counsel denied. Morgan Olan Clark, *in propria persona,* appellant. Reported below: 68 Mich App 674.

PEOPLE v SIEBERT. (Docket No. 58797.) Request for appointment of counsel denied. Donald Lee Siebert, *in propria persona,* appellant. Case below, Court of Appeals No. 21590, order of April 30, 1976.

PEOPLE v LOPEZ. (Docket No. 58798.) Request for appointment of counsel denied. John Lopez, *in propria persona,* appellant. Case below, Court of Appeals No. 25181, memorandum opinion of April 29, 1976.

PEOPLE v SPIKES. (Docket No. 58817.) Request for appointment of counsel denied. Reginald C. Spikes, *in propria persona,* appellant. Case below, Court of Appeals No. 24400, per curiam opinion of March 11, 1976.

PEOPLE v LACKO. (Docket No. 58910.) Request for appointment of counsel denied. Dale S. Lacko, *in propria persona,* appellant. Case below, Court of Appeals No. 27453, order of May 21, 1976.